USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
NATIONAL AUDUBON SOCIETY; NATURAL
RESOURCES DEFENSE COUNCIL, INC.;
AMERICAN BIRD CONSERVANCY; CENTER
FOR BIOLOGICAL DIVERSITY; DEFENDERS
OF WILDLIFE; NATIONAL WILDLIFE
FEDERATION; AND SIERRA CLUB;

                      Plaintiffs,

        -against-

U.S. FISH AND WILDLIFE SERVICE; AND U.S.
DEPARTMENT OF THE INTERIOR;

                      Defendants.
------------------------------------------------------------ X
------------------------------------------------------------ X
STATE OF NEW YORK; STATE OF
CALIFORNIA; STATE OF CONNECTICUT;
STATE OF ILLINOIS; STATE OF MARYLAND;
COMMONWEALTH OF MASSACHUSETTS;
STATE OF MINNESOTA; STATE OF NEW
JERSEY; STATE OF NEW MEXICO; STATE OF
OREGON; COMMONWEALTH OF
PENNSYLVANIA; AND STATE OF
WASHINGTON;

                      Plaintiffs,

        -against-

U.S. DEPARTMENT OF THE INTERIOR; AND
U.S. FISH AND WILDLIFE SERVICE;

                      Defendants.
------------------------------------------------------------ X

21-CV-448 (VEC)

ORDER

21-CV-452 (VEC)

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties requested that the Court enter an order dismissing these cases without prejudice;

IT IS HEREBY ORDERED that the above-captioned cases are DISMISSED without prejudice. The parties will bear their own costs and fees.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate all open motions and close both cases.

**SO ORDERED.**

Date:  **December 10, 2021**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**